**Order entered March 21, 2022**



**In the**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-01085-CV

## IN RE PRICEWATERHOUSECOOPERS LLP, Relator

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-14494**

## ORDER
Before Justices Myers, Partida-Kipness, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's petition for

writ of mandamus. We also **LIFT** the stay issued by our December 10, 2021 order.

                              /s/    CORY L. CARLYLE
                                     JUSTICE